[No. 4.   Decided May 28, 1890.]

B. F. BURCH v. F. R. MOORE.

*Error to District Court, Spokane County.*

*Turner, Forster & Turner,* for plaintiff in error.

*Griffitts, Moore & Feighan,* and *Frank H. Graves,* for defendant in error.

The opinion of the court was delivered by

STILES, J. — This cause presents precisely the same state of facts as that of *Burch v. Taylor, ante,* p. 245, and for the reasons given in that case the judgment below is affirmed.

HOYT, J., concurs.

ANDERS, C. J., and SCOTT, J., concur in the result.

DUNBAR, J., not sitting.